(Del. Rev.12/96)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

2007 DEC 14   PM 2: 58

FILED U.S. DISTRICT COURT
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

James E. Tucker

_____

(Name of Plaintiff or Plaintiffs)

v.

CIVIL ACTION NO. __ 0 7 ‾ 8 1 7 ‾

John E. Potter

_____

(Name of Defendant or Defendants)

## COMPLAINT

1.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended 42 U.S.C. 2000e et seq.
     (Federal statute on which action is based)

for discrimination related to race and reprisal for prior EEO activity   jurisdiction exists by virtue of
     (In what area did discrimination occur? e.g. race, sex, religion)

denial of Equal employment opportunities         .0.
(Federal statute on which jurisdiction is based)

2.   Plaintiff resides at  143 Wellington Way
     _____
                              (Street Address)

Middletown        New Castle        DE        19709
     _____
     (City)          (County)         (State)      (Zip Code)

(302) 378-2698
     _____  .
     (Area Code) (Phone Number)

3.   Defendant resides at, or its business is located at _____
                                                              (Street Address)

Washington D.C.
     _____  .
     (City)          (County)         (State)      (Zip Code)

4.   The alleged discriminatory acts occurred on  30  ,  January  , 2007  .
                                                   (Day)      (Month)     (Year)

5.   The alleged discriminatory practice  Q is    Q is not continuing.

6.     Plaintiff(s) filed charges with the __U. S. Equal Employment Opportunity Commission__
                                                                        (Agency)

__P.O. Box 19848__                        __Washington,__                    __D.C.  20036__
          (Street Address)              (City)          (County)        (State)   (Zip)

regarding defendant(s) alleged discriminatory conduct on: __1/30/07__
                                                                                          (Date)

7.     Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.     Was an appeal taken from the agency's decision?      Yes  **Q**      No **Q**

       If yes, to whom was the appeal taken?_____

9.     The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if
necessary)
_____(See Attached)_____

_____

_____

_____

_____

_____

_____

_____

10.                        Defendant's conduct is discriminatory with respect to the following:

            A.      **Q**      Plaintiff's race

            B.      **Q**      Plaintiff's color

            C.      **Q**      Plaintiff's sex

            D.      **Q**      Plaintiff's religion

            E.      **Q**      Plaintiff's national origin

11.    Plaintiff prays for the following relief:   (Indicate the exact relief requested)

1. Plaintiff requests the same treatment former Branch President John Brown received from 1999- May 2006. ( Approx. 30 hrs of Union time per week)

2. Payment of each hour denied at the overtime rate until violation ceases.

3. For Pain / Suffering-compensatory damages ($ amount to be determined at a later date)

4.  Punitive damages ($ amount to be determined at a later date)

5. Make Plaintiff whole in every way including future earnings denied because of action

taken.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   12/14/07

(Signature of Plaintiff)

RECEIVED
OCT 1 2 2007
EEOC-OFO

| U. S. Postal Service **ROUTING SLIP** | Dept., Office or Room No. | |
|---|---|---|
| **To:** 1 Director, Office of Federal Operations | | ☐ Approval ☐ Signature |
| | | ☐ Comment ☐ See Me |
| 2 | | ☐ As Requested ☐ Information |
| | | ☐ Read and Return ☐ Read and File |
| 3 | | ☐ Necessary Action |
| 4 | | ☐ Investigate ☐ Recommendation |
| | | ☐ Prepare Reply |
| 5 | | ☐ |

| **From:** Ed Tucker Branch President | Extension |
|---|---|
| | Room No. |

Date

**Remarks:**

Dear Sir,

I am requesting my EEO case for reconsideration.
Your agency has denied on the grounds that
the proper forum for this case is the collective
bargaining grievance procedure. Although it
could be pursued thru that venue, it is also
appropriately before this commission as well.
Based on the fact discriminatory practices are
occurring daily at this facility. The individual
who is being charged has taken action to prevent
me from being elected in the upcoming election.
This is occurring by him denying me time to
perform my daily duties as President. My
predecessor had the opportunity year after
year to perform his duties with ample Union
time opportunities. I have been denied this
opportunity because of my race to promote his
own race in the next election. .

ITEM 0-13, Aug. 1978    (Additional Remarks on Reverse)    GPO 1993 O – 349-591

Corrections and Additions
Case # WIL17JET07
LN# C00M-1C-C07090304

The Union has filed numerous grievances concerning this Union time issue or lack thereof. The following Grievance numbers are to be considered part of this record, as they are essentially the same issue:

1. UN: WIL7JET07    LN: C00M-1C-C07086781    PAY 5 HOURS AT OT RATE
2. UN: WIL8JET07    LN: C00M-1C-C07086789    PAY 5 HOURS AT OT RATE
3. UN: WIL9JET07    LN: C00M-1C-C07086793    PAY 5 HOURS AT OT RATE
4. UN: WIL17JET07   LN: C00M-1C-C07090304    PAY 16 HRS AT OT RATE
5. UN: WIL18JET07   LN: C00M-1C-C07104213    PAY 9 HOURS AT OT RATE
6. UN: WIL19JET07   LN: C00M-1C-C07104215    PAY 4 ½ HRS AT OT RATE
7. UN: WIL20JET07   LN: C00M-1C-C67110716    PAY 5 HOURS AT OT RATE

8. UN: WIL21JET07   LN: C00M-1C-C07110720    PAY 3 HOURS AT OT RATE
9. UN: WIL24JET07                            PAY 38 HOURS AT OT RATE
10. UN: WIL28JET07                           PAY 24 HOURS AT OT RATE
                                             PER WEEK UNTIL PRACTICE
                                             CEASES!

Management has repeatedly denied Union Official Ed Tucker Union time in violation of Art 17. Furthermore grievant contends discriminatory practices are occurring daily at the Wilmington P & D C. Supervisor Shed Williams (who is African American) is denying grievant (who is white) comparable Union time as former Branch President John Brown (who is African American) received. (See attached EEO exhibit) Article 2 forbids this blatant discriminatory practice. Grievant is willing to testify that John Brown received on average approx. 30 plus hrs a week of Union time with many weeks getting 40 hours of Union time when he requested and received a change of schedule for that week. Even when he was occasionally on the floor he would work an hour and than disappear for hours presumably on Union time or at least in the Union office. This was intentionally overlooked by Supervisor Williams. Upon requesting Clocks rings of John Brown it was realized that he failed to often clock in on the operation 612 (a union time operation) and remained on other operations for most of his Union Time. Furthermore, he failed to use form 7020 during his tenure. Regardless of his lack of a paper trail, the Union contends he was on Union time for most of his tenure as Branch President. Grievant is being denied equal employment opportunities in regards to this issue by Shed Williams. Grievant only requests the same treatment former Branch President John Brown received from 1999 to May of 2006 providing him the same opportunity as his predecessor had to be successful. (More corrections and additions will be added to the record once grievant is afforded Union time)

APR - 2 2007

## Information for Pre-Complaint Counseling

| Certified Mail No. | Date Mailed   or | Hand Delivered on |
|---|---|---|
| By (initials) | Case No. | |

On  **3/8/2007** , you requested an appointment with a Dispute Resolution Specialist.
*(Month, Day, Year)*

**Important: Please read.** You should complete this form and return it to the EEO office **within 10 calendar days** of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

| Name (Last, First, MI) | Social Security | Home Telephone No. |
|---|---|---|
| Tucker, (J)ames Edwin | 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 | (302) 378-2698 |

| Your Mailing Address | | Finance Number |
|---|---|---|
| 143 Wellington Way     Middletown, DE  19709 | | 01331570 |

| Name of Postal Facility Where You Work | Office Telephone No. |
|---|---|
| Wilmington, DE P & D C | (302) 323-2281 |

| Address of Postal Facility | Email Address* |
|---|---|
| 147 Quigley Blvd, Wilmington, DE  19850 | |

| Employment Status (Check One) | | | | Position Title | Grade Level |
|---|---|---|---|---|---|
| ☐ Applicant | ☐ Casual | ☐ TE | ☒ Career | Mail Handler/ Union Branch President | 4 |

| Pay Location | Tour | Duty Hours | Off Days (If Tour I, Show Nights Off ) | Time in Current Position: |
|---|---|---|---|---|
| 244 | two | 0600-1450 | Saturday/ Sunday | 20 Years 8 ___ Months |

| Your Supervisor's Name | Supervisor's Title | Supervisor's Telephone No. |
|---|---|---|
| Shed Williams | S.D.O. | ( )302 323-2281 |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.

What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

      Racial Discrimination

      Retaliation

*For Retaliation Allegations Only.* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On **5/22/02** , I engaged in EEO activity. Case No.: **1C-081-0032-02**
   *(Month, Day, Year)*

2. On _____ , I engaged in EEO activity. Case No.: _____
   *(Month, Day, Year)*

APR - 2 2007

### C. Description of Incident Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On **1/30/07** , 20**07** ,
*Month, Day*      *Year*

Supervisor Shed Williams who is African American displayed discriminatory actions towards Branch President

Ed Tucker who is white by treating him differently than former Branch President John Brown is is also African

American.  Specifically on 1/30/07 Supervisor Williams informed Branch President Ed Tucker "starting tomorrow

Union time would only be given at 11;00am" thereby denying grievant of Union time first five hours of shift.

Branch President Tucker reminding him that the former branch president received unlimited Union time during

his tenure which began in 1999 and continued through May of 2006. Supervisor Williams was responsible for

allowing Union time for most of Mr. Browns tenure as Branch President and never imposed this restrictive mandate.

 **UNITED STATES POSTAL SERVICE®**

# EEO Complaint of Discrimination in the Postal Service

*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name **JAMES EDWIN TUCKER** | | 2. SSN 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 | 3. Case No. **1C-081-0018-07** |
|---|---|---|---|
| 4a. Mailing Address – Street or PO Box 143 Wellington Way | | 4b. City State & Zip +4 Middletown, DE 19709 | |
| 5. Email Address∗ | | 6. Home Phone (302)878-2698 | 7. Work Phone (302)323-2281 |
| 8. Position Title *(USPS Employees Only)* Mail Handler | 9. Grade Level *(USPS Employees Only)* 4 | 10. Do you have Veteran's Preference Eligibility? ☐ Yes  x☐ No | |
| 11. Installation Where You Believe the Discrimination Occurred *(Identify Installation, City, State, and Zip+4)* Wilmington DE P&DC | | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory Shed Williams, S.D.O. | |
| 13a. Name of Your Designated Representative (To be named at a later date) | | 13b. Title | |
| 13c. Mailing Address *(Street or P.O .Box)* | | 13d. City, State and Zip +4 | |
| 13e. Email Address∗ | | 13f. Home Phone ( ) | 13g. Work Phone ( ) |

∗Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

| 14. Type of Discrimination You Are Alleging | | 15. Date on which alleged act(s) of Discrimination Took Place |
|---|---|---|
| ☒ Race *(Specify)*: | ☐ Sex *(Specify)*: | 1/30/07 |
| ☐ Color *(Specify)*: | ☐ Age (40+) *(Specify)*: | |
| ☐ Religion *(Specify)*: | x☐ Retaliation *(Specify)*: | |
| ☐ National Origin *(Specify)*: | ☐ Disability *(Specify)*: | |

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

Supervisor Shed Williams who is African American displayed discriminatory actions towards Branch President Ed Tucker who is white by treating him differently than former Branch President John Brown who is also African American. Specifically on 1/30/07 Supervisor Wiliams informed Branch President Ed Tucker "starting tomorrow Union time would only be given at 11:00am" thereby denying grievant of Union time first 5 hours of shift. That was later amended to deny grievant Union time on Monday, Tueday, and Friday for entire days indefinitely, regardless of what problems, grievances, arbitrations that might occur on those days. Branch President has repeatedly reminded Supervisor Williams that the former Branch President Brown received unlimited Union time during his tenure which began in 1999 continued through May of 2006. Supervisor Williams was responsible for allowing Union time for most of Mr. Brown's tenure as Branch President and never imposed these restrictive mandates. Complainant further contends that Mr. Williams is also retaliating against grievant because of case no. 1C-081-0032-02.

17. What Remedy Are You Seeking to Resolve this Complaint?

1. Complainant requests the same treatment former Branch President John Brown received from 1999 to May of 06 ( At least 30 plus hrs of Union time per week)
2, Payment of each hour denied at the overtime rate until violation ceases.
3. For Pain / Suffering-compensatory damages ($ amount to be determined later)
4. Punitive damages ( $ amount to be determined later)   5. Make complainant whole in everyway including future earnings denied because of action taken

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™ mediator*?
☒ Yes  **Via Delivery Confirmation 0306 1070 0004 7254 6805 05/04/07**
☐ No
(Date You Received the Notice of Final Interview)

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint 5/10/07 |


**UNITED STATES**
**POSTAL SERVICE®**

# Notice of Right to File Individual Complaint

TO: Name (First, MI, Last)

**JAMES EDWIN TUCKER**

Re: Case No.

**1C-081-0018-07**

This notice will attest to the fact that on _____ **May 4, 2007** _____ , I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you received this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retain one to represent you. I am providing you with *PS Form 2565, EEO Complaint of Discrimination in the Postal Service*, for this purpose.  The complaint must be delivered to:

> NEEOISO FORMAL COMPLAINTS
> US POSTAL SERVICE
> PO BOX 25438
> TAMPA FL 33622-5438

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, age (40+), national origin, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

> ■ If you change your address, you have a regulatory requirement to immediately report the change to the Manager, EEO Compliance and Appeals, in your area. (If you are employed at Postal Service Headquarters, a Headquarters Field Unit or by the Postal Inspection Service, you should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** e.g. race – African American, sex - female, etc.;

> ■ If you allege disability discrimination, the alleged disability must be more than a temporary condition.
> ■ If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

> ■ If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.
> ■ If you allege retaliation, you must show a connection between the action at issue in the complaint your are filing and your past EEO activity. You must also show that when the alleged discriminatory action at issue in this complaint occurred, the management who took the action was aware that you had previously engaged in protected activity.

(5) **The name of the EEO Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

## Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C. § 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which to USPS is a party of has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, Contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Dispute Resolution Specialist | Date | Your Signature | Date Received |
|---|---|---|---|
| | 05/04/2007 | | 5/5/07 |

*Dispute Resolution Specialist: If you are mailing this Notice, you must send it by Certified Mail, Return Receipt Requested*

PS Form **2579-A**, March 2001

## ᴵⁿ ᵐation for Pre-Complaint Counseling

| Certified Mail No. | Date Mailed   or   Hand Delivered on |
|---|---|
| By *(Initials)* | Case No. |

On ___3/8/2007___ , you requested an appointment with a Dispute Resolution Specialist.
*(Month, Day, Year)*

**Important: Please read.** You should complete this form and return it to the EEO office *within 10 calendar days* of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

| Name *(Last, First, MI)* | | Social Security | Home Telephone No. |
|---|---|---|---|
| Tucker, (J)ames Edwin | | 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 | (302) 378-2698 |

| Your Mailing Address | | | Finance Number |
|---|---|---|---|
| 143 Wellington Way    Middletown, DE 19709 | | | 01331570 |

| Name of Postal Facility Where You Work | Office Telephone No. |
|---|---|
| Wilmington, DE P & D C | (302) 323-2281 |

| Address of Postal Facility | Email Address* |
|---|---|
| 147 Quigley Blvd, Wilmington, DE 19850 | |

| Employment Status *(Check One)* | | | | Position Title | Grade Level |
|---|---|---|---|---|---|
| ☐ Applicant | ☐ Casual | ☐ TE | ☒ Career | Mail Handler/ Union Branch President | 4 |

| Pay Location | Tour | Duty Hours | Off Days *(If Tour I, Show Nights Off )* | Time in Current Position |
|---|---|---|---|---|
| 244 | two | 0600-1450 | Saturday/ Sunday | 20 Years 8 ___ Months |

| Your Supervisor's Name | Supervisor's Title | Supervisor's Telephone No. |
|---|---|---|
| Shed Williams | S.D.O. | ( ) 302 323-2281 |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Dᶦˢᵃᵇility, or in Retaliation (actions based on your participation in prior EEO activity).* These categories are referred to on this form as factors.
What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

Racial Discrimination
Retaliation

*For Retaliation Allegations Only.* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On __5/22/02__ , I engaged in EEO activity. Case No.: 1C-081-0032-02
   *(Month, Day, Year)*

2. On _____ , I engaged in EEO activity. Case No.: _____
   *(Month, Day, Year)*

APR - 2 2007

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On __1/30/07__ , 20 07 ,
   *Month, Day*        *Year*

Supervisor Shed Williams who is African American displayed discriminatory actions towards Branch President

Ed Tucker who is white by treating him differently than former Branch President John Brown is is also African

American. Specifically on 1/30/07 Supervisor Williams informed Branch President Ed Tucker "starting tomorrow

Union time would only be given at 11;00am" thereby denying grievant of Union time first five hours of shift.

Branch President Tucker reminding him that the former branch president received unlimited Union time during

Hᶦˢ tenure which began in 1999 and continued through May of 2006. Supervisor Williams was responsible for

allowing Union time for most of Mr. Browns tenure as Branch President and never imposed this restrictive mandate.

 **UNITED STATES
POSTAL SERVICE**



## NO AGREEMENT LETTER

Counselee/Complainant : **Mr. James Edwin Tucker and Mr. Sheddrick Williams, SDO**

EEO Case No.: **1C-081-0018-07**

District: **South Jersey**

**Mr. James Edwin Tucker** and **Mr. Sheddrick Williams, SDO**

appeared for their scheduled mediation on _____.

We appreciate their appearance, participation, unfortunately they were unable to resolve their dispute through this process.

_____    4-05-07
Mediator (print, sign and date)

Ed Tucker                                      4/5/07
Counselee/Complainant (print, sign and date)

Shedred E. William,                            4/5/07
Counselee/Complainant's Representative (print, sign & date)

_____
Management Official (print, sign and date)

_____
Agency Representative (print, sign and date)



**UNITED STATES**
**POSTAL SERVICE**



REDRESS

RESOLVE
EMPLOYMENT
DISPUTES
REACH
EQUITABLE
SOLUTIONS
SWIFTLY

®

## NO AGREEMENT LETTER

Counselee/Complainant : **Mr. James Edwin Tucker and Mr. Sheddrick Williams, SDO**

EEO Case No.: **1C-081-0018-07**

District: **South Jersey**

**Mr. James Edwin Tucker** and **Mr. Sheddrick Williams, SDO**

appeared for their scheduled mediation on _____.

We appreciate their appearance, participation, unfortunately they were unable to resolve their dispute through this process.

_Mary Smith-Green_  4-05-07
Mediator (print, sign and date)

_Ed Tucker_  _____  4/5/07
Counselee/Complainant (print, sign and date)

_Shedred E. Williams_  _____  4/5/07
Counselee/Complainant's Representative (print, sign & date)

_____
Management Official (print, sign and date)

_____
Agency Representative (print, sign and date)

**Corrections and Additions**
**Case # WIL17JET07**
**LN# C00M-1C-C07090304**

The Union has filed numerous grievances concerning this Union time issue or lack thereof. The following Grievance numbers are to be considered part of this record, as they are essentially the same issue:

| | | | |
|---|---|---|---|
| 1. | UN: WIL7JET07 | LN: C00M-1C-C07086781 | PAY 5 HOURS AT OT RATE |
| 2. | UN: WIL8JET07 | LN: C00M-1C-C07086789 | PAY 5 HOURS AT OT RATE |
| 3. | UN: WIL9JET07 | LN: C00M-1C-C07086793 | PAY 5 HOURS AT OT RATE |
| 4. | UN: WIL17JET07 | LN: C00M-1C-C07090304 | PAY 16 HRS AT OT RATE |
| 5. | UN: WIL18JET07 | LN: C00M-1C-C07104213 | PAY 9 HOURS AT OT RATE |
| 6. | UN: WIL19JET07 | LN: C00M-1C-C07104215 | PAY 4 ½ HRS AT OT RATE |
| 7. | UN: WIL20JET07 | LN: C00M-1C-C07110716 | PAY 5 HOURS AT OT RATE |
| 8. | UN: WIL21JET07 | LN: C00M-1C-C07110720 | PAY 3 HOURS AT OT RATE |
| 9. | UN: WIL24JET07 | | PAY 38 HOURS AT OT RATE |
| 10. | UN: WIL28JET07 | | PAY 24 HOURS AT OT RATE PER WEEK UNTIL PRACTICE CEASES! |

Management has repeatedly denied Union Official Ed Tucker Union time in violation of Art 17. Furthermore grievant contends discriminatory practices are occurring daily at the Wilmington P & D C. Supervisor Shed Williams (who is African American) is denying grievant (who is white) comparable Union time as former Branch President John Brown (who is African American) received. (See attached EEO exhibit) Article 2 forbids this blatant discriminatory practice. Grievant is willing to testify that John Brown received on average approx. 30 plus hrs a week of Union time with many weeks getting 40 hours of Union time when he requested and received a change of schedule for that week. Even when he was occasionally on the floor he would work an hour and than disappear for hours presumably on Union time or at least in the Union office. This was intentionally overlooked by Supervisor Williams. Upon requesting Clocks rings of John Brown it was realized that he failed to often clock in on the operation 612 (a union time operation) and remained on other operations for most of his Union Time. Furthermore, he failed to use form 7020 during his tenure. Regardless of his lack of a paper trail, the Union contends he was on Union time for most of his tenure as Branch President. Grievant is being denied equal employment opportunities in regards to this issue by Shed Williams. Grievant only requests the same treatment former Branch President John Brown received from 1999 to May of 2006 providing him the same opportunity as his predecessor had to be successful. (More corrections and additions will be added to the record once grievant is afforded Union time)

APR − 2 2007

LABOR RELATIONS SPECIALIST
DELAWARE PROCESSING AND DISTRIBUTION CENTER

**UNITED STATES POSTAL SERVICE**

March 23, 2007

C00M-1C-C07110720  DIST081
2007-03-17 00:00:00.0  WIL21JET07
TUCKER
WILMINGTON  DE  19850  9997

C00M-1C-C07090304  DIST081
2007-02-23 00:00:00.0  WIL17JET07
TUCKER
WILMINGTON  DE  19850  9997

Ed Tucker
NPMH Local President
P O BOX 10121
Wilmington DE 19850-0121

C00M-1C-C07110716  DIST081
2007-03-17 00:00:00.0  WIL20JET07
TUCKER
WILMINGTON  DE  19850  9997

C00M-1C-C07086781  DIST081
2007-02-16 00:00:00.0  WIL7JET07
TUCKER
WILMINGTON  DE  19850  9997

The above referenced grievances were discussed at Step 2 of our contractual grievance procedure with you on March 23, 2007. The matters presented by the union concerning these grievances, as well as the applicable contractual provisions, have been reviewed and given careful consideration.

The issue is whether there is a violation of Article(s) 2, 15, 19, 17 by management not allowing Branch President Tucker full days of union time. Grievances span numerous dates commencing on January 30, 2007 thru March 8, 2007.

According to records received and reviewed, Management's position is no contractual violation exists. According to TACS records Mr. Tucker has not been denied union time. For the time period listed above Mr. Tucker has received over 74 hours of union time. Mr. Tucker feels that he should be to spend the full day on union time. Article 17, Section 17.3 states "When it is necessary for a steward to leave his/her work area to investigate and adjust grievances or to investigate a specific problem to determine whether to file a grievance, the steward shall *request permission* from the immediate supervisor and such request shall not be unreasonably denied." The key to the statement is unreasonably denied, as can be seen from the amount of time Mr. Tucker was permitted to perform union business his requests have not been denied. Additionally, NPMHU Contract Interpretation Manual, Article 17, 17.3 states "While the steward normally determines how much time the grievant needs to be present during the processing of grievance, the immediate supervisor *may set* a specified time to begin and end a period of grievance handling activity due to services needs." (Source: Step 4 Grievances H1C-4B-C 25906/25998)

In regards to allege violation of Article 2, the Union contends disparity of treatment as former President John Brown was afforded full time union time. TACS records do not reveal that Mr. Brown spent all his time performing union functions. The union failed to support this allegation.

There is no evidence of a contractual violation. Therefore, this grievance is **denied**.

You have the right to appeal this decision under the Grievance/Arbitration Procedures set forth in Article 15 of the National Agreement within fifteen (15) days of your receipt of this letter.

Sincerely,

Barbara Réamer
Labor Relations Specialist
PO Box 10000
WILMINGTON DE 19850-9401
(302) 323-2241
FAX: (3020 323-3709

Union Step II Designee Received On 3/26/07

LABOR RELATIONS SPECIALIST
DELAWARE PROCESSING AND DISTRIBUTION CENTER


*UNITED STATES*
*POSTAL SERVICE*

March 23, 2007

Ed Tucker
NPMH Local President
P O BOX 10121
Wilmington DE 19850-0121

C00M-1C-C07086789  DIST081
2007-02-16 00:00:00.0  WIL8JET07
TUCKER
WILMINGTON DE 19850 9997
C00M-1C-C07086793  DIST081
2007-02-16 00:00:00.0  WIL9JET07
TUCKER
WILMINGTON DE 19850 9997

C00M-1C-C07104213  DIST081
2007-03-06 00:00:00.0  WIL18JET07
TUCKER
WILMINGTON DE 19850 9997

C00M-1C-C07104215  DIST081
2007-03-07 00:00:00.0  WIL19JET07
TUCKER
WILMINGTON DE 19850 9997

The above referenced grievances were discussed at Step 2 of our contractual grievance procedure with you on March 23, 2007. The matters presented by the union concerning these grievances, as well as the applicable contractual provisions, have been reviewed and given careful consideration.

The issue is whether there is a violation of Article(s) 2, 15, 19, 17 by management not allowing Branch President Tucker full days of union time. Grievances span numerous dates commencing on January 30, 2007 thru March 8, 2007.

According to records received and reviewed, Management's position is no contractual violation exists. According to TACS records Mr. Tucker has not been denied union time. For the time period listed above Mr. Tucker has received over 74 hours of union time. Mr. Tucker feels that he should be to spend the full day on union time. Article 17, Section 17.3 states "When it is necessary for a steward to leave his/her work area to investigate and adjust grievances or to investigate a specific problem to determine whether to file a grievance, the steward shall *request permission* from the immediate supervisor and such request shall not be unreasonably denied." The key to the statement is unreasonably denied, as can be seen from the amount of time Mr. Tucker was permitted to perform union business his requests have not been denied. Additionally, NPMHU Contract Interpretation Manual, Article 17, 17.3 states "While the steward normally determines how much time the grievant needs to be present during the processing of grievance, the immediate supervisor *may set* a specified time to begin and end a period of grievance handling activity due to services needs." (Source: Step 4 Grievances H1C-4B-C 25906/25998)

In regards to allege violation of Article 2, the Union contends disparity of treatment as former President John Brown was afforded full time union time. TACS records do not reveal that Mr. Brown spent all his time performing union functions. The union failed to support this allegation.

There is no evidence of a contractual violation. Therefore, this grievance is **denied**.

You have the right to appeal this decision under the Grievance/Arbitration Procedures set forth in Article 15 of the National Agreement within fifteen (15) days of your receipt of this letter.

Sincerely,

Barbara Reamer
Labor Relations Specialist
PO Box 10000
WILMINGTON DE 19850-9401
(302) 323-2241
FAX: (3020 323-3709

Union Step II Designee Received On 3/26/07

INTERVIEW QUESTIONS:

Employee interviewed:___Shed Williams _____ _____ _____

Interviewer:_____Ed Tucker_____ _____ _____ _

Date:____2/8/07_____

1. What year did you start supervising mail handlers on Tour two? A:

   "reorgainization of 92"_____ _____

2. Were you supervisor of Mail Handlers when John Brown came to tour 2 as AVP?

   A:"Yes"

3. What was his bid job? A: "_2c"_____ _____ _____

4. Did he ever work his bid job? Yes _Did John work his job a lot? A: "He worked it

   when I needed him to work it"_____ _____ _____

5. Can you think of a day when you only allowed John Brown 3 hours to perform

   Union Duties? A: "No"____ If so when?_____ _____ _____ _____ _____

6. How many hours a day was John Brown allowed to go on Union Time?

   ___A: "Whatever mail dictates ."

7. Can you prove it? A: "No I don't have anything to show when he was on Union

   time

8. Can you prove he was not on Union time? A: "__NO_" _____ _____

9. On what Data is this based? A: "_None"_____ _____

10. Do you turn in work assignment sheets like those you provide 204-Bs on Saturday

    or when you are not present? A: " Does not turn in anywhere. throws away"___

11. What do you do with them? A: "____Throws away"_____ _____ _____

12. On average how many hours of Union time do you think John Brown received per week for 1999? _____ 2000?_____ 2001?__ A:___ "NO IDEA!" for each year 2002?_____2003?_____2004?_____2005?_____2006?_____

13. Did you keep any records of it? A: " No"_____

14. Did the MDO or In-Plant-Support keep any records of it? A:

" NO"_____

15. Did you ever impose a 5 hours on the floor work rule for John Brown? A: "NO"

16. If not why not? _A: "claims when he needed John was on the floor"_____

17. Do you use a staffing and planning chart or placard or guide daily on tour two? A: "Card he makes up himself "_____

18. If yes have you always used this chart or placard or guide since you supervised mail handlers? A: "Yes"_____

19. Explain why you came up with this chart or placard or guide? A: "Just to make sure he has all his job filled and in case the BDS system goes off he can account for everyone."_

20. Do you turn them over to the MDO? A: " NO"__ If not what do you do with them?_____A: "Throw out"_____

21. Do you feel you are obligated to treat employees equally in regards to taking actions affecting wages, hours and other term and conditions of employment? A: "Yes"_____

22. Were you responsible for adjusting John Brown's clock rings for pay purposes? A: "If a problem with tacs I straighten it out"_

23. Did you notice if he regularly moved to Union time operation when he was

    allowed to have Union time? A: " NO"

24. Did you mandate John Brown to clock in on operation 612 daily when he was on

    Union Time? A: "NO never mandated"

25. If he failed to clock in on operation 612 did you take any action against him? A:

    "NO it's understood everybody on Union time hits the operation"

# Watchmen, Messenger, and Group Leaders
# Local #308 - AFL-CIO

A Division of Laborers' International Union

---

Grievant / Union   LOCAL 308

Nature of Allegation

To Managment Official   Shed Williams

From Union Official   Ed Tucker

Date of Request

**Subject:**   REQUEST FOR INFORMATION AND DOCUMENTATION RELATIVE TO
PROCESSING A GRIEVANCE

---

**We request that the following documents and / or witnesses be made available
to us in order to properly identify whether or not a grievance does exist and if so
their relevancy to the grievance:**

1. Need Clock rings and the following for John Brown from 1999 to May of 2005 plus
the following :       a. Employee everything report  for entire period b.Assignment
sheets for entire tenure as AVP/ Branch President at the Wilmington P & D  C.

**NOTE:** Article 17, Section 3 requires the Employer to provide for review all
documents, files, and other records necessary in processing a grievance
Article 31, Section 3 requires that the Employer make available for inspection by
the Union all relevent information necessary for collective bargaining or the
enforcement, administration or interpretation of the Agreement. Under 8a (5) of
the National Labor Relations Act it is an Unfair Labor Practice for the Employer
to fail to supply relevent information for the purpose of collective bargaining
Grievance processing is an extension of the collective bargaining process.

_1/30/07_

**(X) REQUEST APPROVED**          **( ) REQUEST DENIED**

_1/30/07_

**Jate**                **Signature**

# Watchmen, Messenger, and Group Leaders
# Local #308 - AFL-CIO

A Division of Laborers' International Union

---

Grievant / Union  Ed Tucker / Local 308

Nature of Allegation  Disparity

To Managment Official  Shed Williams

From Union Official  Ed Tucker

Date of Request

Subject:  REQUEST FOR INFORMATION AND DOCUMENTATION RELATIVE TO
          PROCESSING A GRIEVANCE

---

**We request that the following documents and / or witnesses be made available
to us in order to properly identify whether or not a grievance does exist and if so
their relevancy to the grievance:**

Need copies of all 7020 issued on behalf of John Brown during his tenure as
AVP/ Branch President ( Period 3/99 - 5/06) when Shed Williams was acting in
a Supervisory capacity.

NOTE: Article 17, Section 3 requires the Employer to provide for review all
documents, files, and other records necessary in processing a grievance
Article 31, Section 3 requires that the Employer make available for inspection by
the Union all relevent information necessary for collective bargaining or the
enforcement, administration or interpretation of the Agreement.  Under 8a (5) of
the National Labor Relations Act it is an Unfair Labor Practice for the Employer
to fail to supply relevent information for the purpose of collective bargaining
Grievance processing is an extension of the collective bargaining process.

---

(X) **REQUEST APPROVED**          ( ) **REQUEST DENIED**

2 /2/07

**Date**                          **Signature**

RECEIVED
LABOR RELATIONS

Feb 1 6 '07

U.S. POSTAL SERVICE
WILMINGTON DE 19850-9401



**Laborers International Union of North America, AFL-CIO**
**Delaware Branch of Local 308**
Pursuant to Article Xv, Section 2, this form must be used to appeal a grievance to Step 2

| | Date | | |
|---|---|---|---|
| | | MH Initials | USPS Init. |

| Γ^NDARD GRIEVANCE FORM | Date 2/23/07 | Branch Grie No. WIL17JET07 | USPS No. |
|---|---|---|---|

| USPS Step 2 Designee (Name & Title) | Installation | Phone |
|---|---|---|
| bara Reamer | Delaware P&DC | |

| m: Local Union Branch No. | Business Address |
|---|---|
| | P O Box 10121 Wilmington, DE 19850 |

| p: Authorized Union Rep | Phone | Phone |
|---|---|---|
| Ed Tucker | 323-0290 | |

| p 1 Meeting: Held on (Date/Time) 3/07 | Between USPS Represntative SDO Sheddrick Williams | And: Grievant and/or Steward Ed Tucker |
|---|---|---|

| evant | Phone |
|---|---|
| Tucker | |

| ne Address | City | State Delaware | Zip |
|---|---|---|---|

| Classification 4 Mail Handler | Craft | Service | Duty |
|---|---|---|---|

| tallation | Social Security 7478 | Veteran ○ Yes ◉ No |
|---|---|---|

| Days | Level | Step | |
|---|---|---|---|
| Sat ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri | | | ○ FTR  ○ PTR  ○ PTF |

| p 1 Rendered on (date/time) :f  ̍ 2/23/07 | By (name & title) SDO Sheddrick Williams | Supervisor's Initial (Upon Request) |
|---|---|---|

rrsuant to Article XV of the National Agreement, We hereby appeal to Step 2, the following Grievance.

lation: Including but not limited to National (Art. & Sect.) Art 2. 15. 19. 17    Local (Art & Sect.) ————

**ier Gorunds** | Disparity

**ts and Union Contention: Date, Time, Location:** 2/15/07 &2/16/07

**at Happen**

1/30/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him rting tomorrow Union time would only be given at 11:00. Branch Pres. Tucker reminded him it would pend on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker juested Union Time to start writing step 3 appeals of which two he had recently received. Supervisor lliams responded with "Do you remember what I said yesterday." Tucker responded with, "Union time pends on the workload and reminded him Steve Collins (APWU) gets 8 hrs a day Union time." Mr. lliams responded with "I don't care what he gets I need you in the operation. " Tucker reminded him

**rrective Action**

ow Union time to Branch President Tucker comparable to the amount of Union time provided to former anch President John Brown. Award 8 hrs OT payment for each daily occurrence.

| Ed Tucker | **Signature** | |
|---|---|---|
| inch President, State Rep, Steward | | FEB 2 3 2007 |

# REIVANCE STANDARD FORM          Grievance #: WIL17JET07

### o  Contnetions

ormer Branch President John Brown and how he got unlimited Union Time during his tenure.
Jervisor Williams did not care and proceeded to instruct Branch President Tucker to get to work. The
on contends disparity is occurring at this facility and can not be tolerated. The requested information
e provided should verify this blatant disparty.  Therefore the Union contends the corrective action
uested above is warranted including making grievant whole for having to take Union workload home to
cess timely grievances. Grievant is  entitled to 5 hrs pay at the overtime rate daily until Supervisor
liams ceases his tactics.

en on 2/1/07 at 0600 Tucker informed Supervisor Williams he had some grievances to hold with him.
J610 Tucker again requested Union time due to the grievance workload. Mr. Williams responded with
t until 11:00 get to work". Pay grievant an additional 5 hr pay at OT rate.

en on 2/2/07 at 0555 Tucker informed Supervisor Williams he needed Union time at 0600. Supervisor
liams responded "not until 11:00". Pay grievant an additional 5 hrs pay at the OT rate
ce grievant is required to take Union workload home to work on it . Also due to the fact that Grievant is
ng treated differently than former Branch President John Brown in reference to Union time usage.

ain on 2/15/07 and 2/16/07 Mr. Tucker was denied Union time. However these days he was denied
ire days.  Pay grievant 8 hrs pay at the OT rate for each day.



RECEIVED
LABOR RELATIONS

FEB 2 3 2007



# Laborers International Union of North America 2007L-CIO
## Delaware Branch of Local 308
Pursuant to Article Xv, Section 2, this form must be used to appeal a grievance to Step 2

MH Initials USPS Init.

## ANDARD GRIEVANCE FORM

| Date 3/25/7 | Branch Grie No. WIL28JET07 | USPS No. |
|---|---|---|

| R. Step 2 Designee (Name & Title) | Installation | Phone |
|---|---|---|
| ara Reamer | Delaware P&DC | |

| r Local Union Branch No. | Business Address |
|---|---|
| l 308 | P O Box 10121 Wilmington, DE 19850 |

| : Authorized Union Rep | Phone | Phone |
|---|---|---|
| Ed Tucker | 323-0290 | |

| 1 Meeting: Held on (Date/Time) | Between USPS Represntative | And: Grievant and/or Steward |
|---|---|---|
| 3/23/07 | SDO Sheddrick Williams | Ed Tucker |

| rant | Phone |
|---|---|
| ucker | |

| e Address | City | State Delaware | Zip |
|---|---|---|---|

MAR 2 6 2007

| Classification | Craft | Service | Duty |
|---|---|---|---|
| Mail Handler | | | |

| llation | Social Security 7478 | Veteran ○ Yes ◉ No |
|---|---|---|

| iays | Level | Step | |
|---|---|---|---|
| at ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri | | | ○ FTR ○ PTR ○ PTF |

| 1 Rendered on (date/time) | By (name & title) | Supervisor's Inittial (Upon Request) |
|---|---|---|
| sion 3/23/07 | SDO Sheddrick Williams | |

suₐₙt to Article XV of the National Agreement, We hereby appeal to Step 2, the following Grievance.

tion: Including but not limited to National (Art. & Sect.) Art 2. 15. 19. 17 ____ Local (Art & Sect.) ——

| r Gorunds | Discrimination (Race) |
|---|---|

s and Union Contention: Date, Time, Location: Continuous / Various

t Happen

1/30/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him
ing tomorrow Union time would only be given at 11:00. Branch Pres. Tucker reminded him it would
end on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker
ested Union Time to start writing step 3 appeals of which two he had recently received. Supervisor
ams responded with "Do you remember what I said yesterday." Tucker responded with, "Union time
ends on the workload and reminded him Steve Collins (APWU) gets 8 hrs a day Union time." Mr.
ams responded with "I don't care what he gets I need you in the operation. " Tucker reminded him

ective Action

N Union time to Branch President Tucker comparable to the amount of Union time provided to former
nch President John Brown. Award 24 hrs OT payment for denied Union Time per week until
ition ceases.

| Ed Tucker | Signature | |
|---|---|---|

nch President, State Rep, Steward

# EIVANCE STANDARD FORM     Grievance #: WIL28JET07

### ı ˙ ˋntnetions

mer Branch President John Brown and how he got unlimited Union Time during his tenure.
rvisor Williams did not care and proceeded to instruct Branch President Tucker to get to work. The
ı contends disparity is occurring at this facility and can not be tolerated. The requested information
provided should verify this blatant disparty. Therefore the Union contends the corrective action
∍sted above is warranted including making grievant whole for having to take Union workload home to
∍ss timely grievances. Grievant is entitled to 5 hrs pay at the overtime rate daily until Supervisor
ims ceases his tactics.

on 2/1/07 at 0600 Tucker informed Supervisor Williams he had some grievances to hold with him.
·10 Tucker again requested Union time due to the grievance workload. Mr. Williams responded with
ıntil 11:00 get to work". Pay grievant an additional 5 hr pay at OT rate.

on 2/2/07 at 0555 Tucker informed Supervisor Williams he needed Union time at 0600. Supervisor
ims responded "not until 11:00". Pay grievant an additional 5 hrs pay at the OT rate
· grievant is required to take Union workload home to work on it . Also due to the fact that Grievant is
ı treated differently than former Branch President John Brown in reference to Union time usage.

ı on 2/15/07 and 2/16/07 Mr. Tucker was denied Union time. However these days he was denied
∍ days. Pay grievant 8 hrs pay at the OT rate for each day.

ı on 2/26/07 Mr. Tucker was not provided Union time until 11:00. Pay grievant  5 hrs pay at
ʌ     ime rate.

/27/07-3/1/07 grievant was at QWL sessions in Philadelphia. Upon return on 3/2/07 grievant denied
n time until 1000 am denying grievant 4 hrs for this day.

ı again on 3/6/07 Mr. Tucker requested Union time at 6: am. Supervisor Williams told him  no, go to
At 0830 Mr. Tucker again reminded him he needed Union Time. Mr. Williams stated you are not
ıg any today. Then at 10:30 Shed pages Mr. Tucker and informs him he can go on Union time.
rd 4 1/2 hrs pay at the overtime rate to Branch President Tucker.

./7/07 Branch President Tucker again denied Union time. Pay 5 hrs at the overtime rate
ievant.

ı/8/07 Supervisor Williams required Tucker to report to operation 185 inspite of Union workload.
grievant 3 hrs at the overtime rate.

ı again on 3/9/07 Branch President Tucker was denied Union time the entire day. Pay grievant
∍ at the overtime rate.

LABOR RELATIONS

MAR 2 6 2007

**Grievant:** Ed Tucker

# IEVANCE STANDARD FORM

**Grievance #: WIL28JET07**

:f   **Vhat Happen**

/12/07 grievant was not allowed any Union Time.  Pay  8 hrs at overtime rate to grievant.  Then again
13/07 grievant was denied Union time until 11: 15.  Award 5 hrs pay at the overtime.
: on 3/15/07& 3/16/07 grievant  was denied 5 hrs of union time each day. On 3/19/07 and 3/20/07
ant was denied 16 hrs of union time.  Pay 26 hrs at the overtime rate.

agement continues to deny Branch President Ed Tucker comparable Union time as former
ch President John Brown.  Grievant is requesting same amount of Union time John Brown
ved and payment of 24 hrs at the overtime rate  per week until disciminatory practice ceases
itional Information to be provided).

LABOR RELATIONS

MAR 2 6 2007

U.S. POSTAL SERVICE
WILMINGTON DE 19850-9401

**Watchmen, Messenger, and Group Leaders**

# Local #308 - AFL-CIO

A Division of Laborers' International Union

Grievant / Union   Ed Tucker / Local 308

Nature of Allegation   Disparity

To Managment Official   Shed Williams

From Union Official   Ed Tucker

Date of Request

Subject:   REQUEST FOR INFORMATION AND DOCUMENTATION RELATIVE TO
PROCESSING A GRIEVANCE

**We request that the following documents and / or witnesses be made available
to us in order to properly identify whether or not a grievance does exist and if so
their relevancy to the grievance:**

Need copies of all change of schedules issued on behalf of John Brown during his
tenure as AVP/ Branch President ( Period 3/99 - 5/06) when Shed Williams was
acting in a Supervisory capacity.

MAR 2 6 2007

**NOTE: Article 17, Section 3 requires the Employer to provide for review all
documents, files, and other records necessary in processing a grievance
Article 31, Section 3 requires that the Employer make available for inspection by
the Union all relevent information necessary for collective bargaining or the
enforcement, administration or interpretation of the Agreement.  Under 8a (5) of
the National Labor Relations Act it is an Unfair Labor Practice for the Employer
to fail to supply relevent information for the purpose of collective bargaining
Grievance processing is an extension of the collective bargaining process.**

*forwarded to Labr*

**(  ) REQUEST APPROVED**               **(  ) REQUEST DENIED**

_3/23/07_

**Date**                                          **Signature**

Laborers International Union of North America, AFL-CIO
Delaware Branch of Local 308

| | Date | | |
|---|---|---|---|
| | | MH Initials | USPS Init. |

# **NDARD GRIEVANCE FORM**

| | Date 2/16/07 | Branch Grie No. WIL7JET07 | USPS No. |
|---|---|---|---|

| S Step 2 Designee (Name & Title) | Installation | Phone |
|---|---|---|
| a Reamer | Delaware P&DC | |

| ocal Union Branch No. | **Business Address** |
|---|---|
| 08 | P O Box 10121 Wilmington, DE 19850 |

| rthorized Union Rep | Phone | Phone |
|---|---|---|
| d Tucker | 323-0290 | |

| leeting: Held on (Date/Time) | **Between USPS Represntative** | **And: Grievant and/or Steward** |
|---|---|---|
| 8/07 | Shed William, SDO | Ed Tucker |

| t | Phone |
|---|---|
| ker | |

| ddress | | City | State Delaware | Zip |
|---|---|---|---|---|

| ssification | Craft | | Service | Duty |
|---|---|---|---|---|
| ail Handler | | | | |

| ion | | Social Security 7478 | Veteran ○ Yes ● No |
|---|---|---|---|

| s | Level | Step | |
|---|---|---|---|
| ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri | | | ○ FTR ○ PTR ○ PTF |

| Rendered on (date/time) r  2/8/07 | By (name & title) Shed Williams | Supervisor's Inittial (Upon Request) |
|---|---|---|

on: Including but not limited to National (Art. & Sect.) Art 2, 15, 19, 17 ____ Local (Art & Sect.) _____

| iorunds | Interview |
|---|---|

nd Union Contention: Date, Time, Location: continuous

appen

0/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him
g tomorrow Union time would only be given at 11:00. Branch Tucker reminded him it would
d on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker
sted Union Time to start writing step 3 appeals of which two he had recently received. Supervisor
ns responded with "Do you remember what I said yesterday." Tucker responded with, "Union time
ds on the workload and reminded him Steve Collins gets 8 hrs a day Union time." Mr.
ns responded with "I don't care what he gets I need you in the operation." Tucker reminded him

**tive Action**

Union time to Branch President Tucker comparable to the amount of Union time provided to former
h President John Brown. Award 5 hrs OT payment for each daily occurrence.

| d Tucker | **Signature** |
|---|---|
| h President, State Rep, Steward | |

RECEIVED
LABOR RELATIONS

2 13 16 '07

U.S. POSTAL SERVICE

**Grievant:** Ed Tucker

# ₹EIVANCE STANDARD FORM

**Grievance #:** WIL7JET07

### ґ ˋontnetions

rmer Branch President John Brown (who is for the record is African American) and how he got
ґited Union Time during his tenure. Supervisor Williams did not care and proceeded to
uct Branch President Tucker to get to work. The Union contends Discriminatory practices are
ırring at this facility and can not be tolerated. The requested information once provided should verify
blatant disparty and discrimatory practice.   Therefore the Union contends the corrective action
ested above is warranted including making grievant whole for having to take Union workload home to
ess timely grievances. Grievant is entitled to 5 hrs pay at the overtime rate daily until Supervisor
ams ceases discriminatory practices. Additionally Grievant requests other montary entitlements
ѵed by law once defendant is found guilty of illegal practices.

Laborer's International Union of North America, AFL-CIO

Delaware Branch of Local 308

| | Date | | | MH Initials | USPS Init. |
| --- | --- | --- | --- | --- | --- |

## STANDARD GRIEVANCE FORM

| | Date 2/16/07 | | Branch Grie No. WIL8JET07 | USPS No. |
| --- | --- | --- | --- | --- |

| PS Step 2 Designee (Name & Title) ra Reamer | Installation Delaware P&DC | | Phone |
| --- | --- | --- | --- |

| Local Union Branch No 308 | Business Address P O Box 10121 Wilmington, DE 19850 | | |
| --- | --- | --- | --- |

| Authorized Union Rep Ed Tucker | | Phone 323-0290 | Phone |
| --- | --- | --- | --- |

| Meeting: Held on (Date/Time) 2/8/07 | Between USPS Represntative Shed William, SDO | And: Grievant and/or Steward Ed Tucker | |
| --- | --- | --- | --- |

| nt icker | | | Phone |
| --- | --- | --- | --- |

| Address | | City | State Delaware | Zip |
| --- | --- | --- | --- | --- |

| assification Mail Handler | Craft | Service | Duty |
| --- | --- | --- | --- |

| ation | | Social Security 7478 | Veteran ○ Yes ● No |
| --- | --- | --- | --- |

| ys | | Level | Step | | | |
| --- | --- | --- | --- | --- | --- | --- |
| t ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri | | | | ○ FTR ○ PTR ○ PTF |

| i Rendered on (date/time) i 2/8/07 | By (name & title) Shed Williams | Supervisor's Inittial (Upon Request) |
| --- | --- | --- |

ion: Including but not limited to National (Art. & Sect.) Art 2, 15, 19, 17 ____ Local (Art & Sect.) _____

| Gorunds | Interview |
| --- | --- |

and Union Contention: Date, Time, Location: | Various _____

**Happen**

/30/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him
ng tomorrow Union time would only be given at 11:00. Branch Pres. Tucker reminded him it would
nd on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker
ested Union Time to start writing step 3 appeals of which two he had recently received. Supervisor
ams responded with "Do you remember what I said yesterday." Tucker responded with, "Union time
nds on the workload and reminded him Steve Collins (APWU) gets 8 hrs a day Union time." Mr.
ams responded with "I don't care what he gets I need you in the operation. " Tucker reminded him

**ctive Action**

v Union time to Branch President Tucker comparable to the amount of Union time provided to former
ich President John Brown. Award 5 hrs OT payment for each daily occurrence.

| Ed Tucker | LABOR RELATIONS Signature FEB 16 2007 | |
| --- | --- | --- |
| ch President, State Rep, Steward | | |

# REIVANCE STANDARD FORM    Grievance #: WIL8JET07

### r   ontnetions

mer Branch President John Brown and how he got unlimited Union Time during his tenure.
ervisor Williams did not care and proceeded to instruct Branch President Tucker to get to work. The
n contends disparity is occurring at this facility and can not be tolerated. The requested information
provided should verify this blatant disparty. Therefore the Union contends the corrective action
ested above is warranted including making grievant whole for having to take Union workload home to
ess timely grievances. Grievant is  entitled to 5 hrs pay at the overtime rate daily until Supervisor
ams ceases his tactics.

on 2/1/07 at 0600 Tucker informed Supervisor Williams he had some grievances to hold with him.
510 Tucker again requested Union time due to the grievance workload. Mr. Williams responded with
until 11:00 get to work". Pay grievant an additional 5 hr pay at OT rate.

Watchmen, Messenger, and Group Leaders

# Local #308 - AFL-CIO

A Division of Laborers' International Union

---

Grievant / Union  LOCAL 308

---

Nature of Allegation

---

To Managment Official  Shed Williams

---

From Union Official  Ed Tucker

---

Date of Request

---

**Subject:**  REQUEST FOR INFORMATION AND DOCUMENTATION RELATIVE TO
PROCESSING A GRIEVANCE

---

**We request that the following documents and / or witnesses be made available
to us in order to properly identify whether or not a grievance does exist and if so
their relevancy to the grievance:**

1. Need Clock rings and the following for John Brown from 1999 to May of 2005 plus
   ıe following :     a. Employee everything report  for entire period b.Assignment
sheets for entire tenure as AVP/ Branch President at the Wilmington P & D  C.

**NOTE:** Article 17, Section 3 requires the Employer to provide for review all
documents, files, and other records necessary in processing a grievance
Article 31, Section 3 requires that the Employer make available for inspection by
the Union all relevent information necessary for collective bargaining or the
enforcement, administration or interpretation of the Agreement. Under 8a (5) of
the National Labor Relations Act it is an Unfair Labor Practice for the Employer
to fail to supply relevent information for the purpose of collective bargaining
Grievance processing is an extension of the collective bargaining process.

_1/30/07_

(X) **REQUEST APPROVED**          ( ) **REQUEST DENIED**

_1/30/07_

_ɹate_                                  **Signature**

Laborers' International Union of North America, AFL-CIO
Delaware Branch of Local 308

| Withdrawn | Resolved |
| --- | --- |
| Date | |
| MH Initials | USPS Init. |

# STANDARD GRIEVANCE FORM

| Date | Branch Grie No. | USPS No. |
| --- | --- | --- |
| 2/16/07 | WIL9JET07 | |

| PS Step 2 Designee (Name & Title) | Installation | Phone |
| --- | --- | --- |
| ra Reamer | Delaware P&DC | |

| Local Union Branch No. | Business Address |
| --- | --- |
| 308 | P O Box 10121 Wilmington, DE 19850 |

| Authorized Union Rep | Phone | Phone |
| --- | --- | --- |
| Ed Tucker | 323-0290 | |

| Meeting: Held on (Date/Time) | Between USPS Represntative | And: Grievant and/or Steward |
| --- | --- | --- |
| 2/8/07 | Shed William, SDO | Ed Tucker |

| ınt | | Phone |
| --- | --- | --- |
| ıcker | | |

| Address | City | State | Zip |
| --- | --- | --- | --- |
| | | Delaware | |

| lassification | Craft | Service | Duty |
| --- | --- | --- | --- |
| Mail Handler | MH | 7/19/86 | |

| ation | Social Security | Veteran |
| --- | --- | --- |
| | 7478 | ○ Yes  ◉ No |

| ıys | Level | Step | |
| --- | --- | --- | --- |
| ıt  ☒ Sun  ☐ Mon  ☐ Tue  ☐ Wed  ☐ Thu  ☐ Fri | | | ◉ FTR  ○ PTR  ○ PTF |

| I  Rendered on (date/time) | By (name & title) | Supervisor's Initial |
| --- | --- | --- |
| ıı  2/8/07 | Shed Williams | (Upon Request) |

tion: Including but not limited to National (Art. & Sect.) Art 2. 15. 19. 17 Local (Art & Sect.) ____

| · Gorunds | Interview |
| --- | --- |

and Union Contention: Date, Time, Location: Various

:Happen

/30/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him
ing tomorrow Union time would only be given at 11:00. Branch Pres. Tucker reminded him it would
end on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker
ested Union Time to start writing step 3 appeals of which two he had recently received. Supervisor
ams responded with "Do you remember what I said yesterday." Tucker responded with, "Union time
ends on the workload and reminded him Steve Collins (APWU) gets 8 hrs a day Union time." Mr.
ams responded with "I don't care what he gets I need you in the operation. " Tucker reminded him

ective Action

w Union time to Branch President Tucker comparable to the amount of Union time provided to former
nch President John Brown. Award 5 hrs OT payment for each daily occurrence.

| Ed Tucker | Signature | |
| --- | --- | --- |
| ıch President, State Rep, Steward | | |

**Grievant:** Ed Tucker

# EIVANCE STANDARD FORM          **Grievance #: WIL9JET07**

## n ′  ntnetions

mer Branch President John Brown and how he got unlimited Union Time during his tenure.
rvisor Williams did not care and proceeded to instruct Branch President Tucker to get to work. The
n contends disparity is occurring at this facility and can not be tolerated. The requested information
 provided should verify this blatant disparty.   Therefore the Union contends the corrective action
ested above is warranted including making grievant whole for having to take Union workload home to
ess timely grievances.  Grievant is  entitled to 5 hrs pay at the overtime rate daily until Supervisor
ams ceases his tactics.

ı on 2/1/07 at 0600 Tucker informed Supervisor Williams he had some grievances to hold with him.
ı10 Tucker again requested Union time due to the grievance workload.  Mr. Williams responded with
until 11:00 get to work".  Pay grievant an additional 5 hr pay at OT rate.

ı on 2/2/07 at 0555 Tucker informed Supervisor Williams he needed Union time at 0600.  Supervisor
ams responded "not until 11:00".  Pay grievant an additional 5 hrs pay at the OT rate
ı grievant is required to take Union workload home to work on it .  Also due to the fact that Grievant is
ı treated differently than former Branch President John Brown in reference to Union time usage.

**Laborers International Union of North America, AFL-CIO**

**Delaware Branch of Local 308**

Pursuant to Article Xv, Section 2, this form must be used to appeal a grievance to Step 2

| | | | |
|---|---|---|---|
| **INDARD GRIEVANCE FORM** | Date 3/5/07 | Branch Grie No. WIL18JET07 | USPS No. |

| PS Step 2 Designee (Name & Title) | Installation | Phone |
|---|---|---|
| ra Reamer | Delaware P&DC | |

| Local Union Branch No. | Business Address |
|---|---|
| 308 | P O Box 10121 Wilmington, DE 19850 |

| Authorized Union Rep | Phone | Phone |
|---|---|---|
| Ed Tucker | | |

| Meeting: Held on (Date/Time) | Between USPS Represntative | And: Grievant and/or Steward |
|---|---|---|
| 3/5/07 | SDO Sheddrick Williams | Ed Tucker |

| nt | | Phone |
|---|---|---|
| icker | | |

| Address | City | State Delaware | Zip |
|---|---|---|---|

| assification | Craft | Service | Duty |
|---|---|---|---|
| Mail Handler | | | |

| ation | Social Security 7478 | Veteran ○ Yes ● No |
|---|---|---|

| ys | Level | Step | |
|---|---|---|---|
| t □ Sun □ Mon □ Tue □ Wed □ Thu □ Fri | | | ○ FTR ○ PTR ○ PTF |

| Rendered on (date/time) | By (name & title) | Supervisor's Inittial (Upon Request) |
|---|---|---|
| ic 3/5/07 | SDO Sheddrick Williams | |

uant to Article XV of the National Agreement, We hereby appeal to Step 2, the following Grievance.

ion: Including but not limited to National (Art. & Sect.) Art 2, 15, 19, 17 ___ Local (Art & Sect.) ___

| Gorunds | Discrimination |
|---|---|

and Union Contention: Date, Time, Location: 2/26/07 & 3/2/07

**Happen**

/30/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him
ng tomorrow Union time would only be given at 11:00. Branch Pres. Tucker reminded him it would
nd on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker
ested Union Time to start writing step 3 appeals of which two he had recently received. Supervisor
ims responded with "Do you remember what I said yesterday." Tucker responded with, "Union time
nds on the workload and reminded him Steve Collins (APWU) gets 8 hrs a day Union time." Mr.
ims responded with "I don't care what he gets I need you in the operation. " Tucker reminded him

**ctive Action**

/ Union time to Branch President Tucker comparable to the amount of Union time provided to former
ch President John Brown. Award 9hrs OT payment for both days denied.

| Ed Tucker | Signature | |
|---|---|---|
| ch President, State Rep, Steward | | |

RECEIVED
LABOR RELATIONS

MAR - 6 2007

U.S. POSTAL SERVICE
WILMINGTON, DE 19850-9401

# EIVANCE STANDARD FORM    Grievance #: WIL18JET07

( tnetions

---

ner Branch President John Brown and how he got unlimited Union Time during his tenure.
visor Williams did not care and proceeded to instruct Branch President Tucker to get to work. The
contends disparity is occurring at this facility and can not be tolerated. The requested information
provided should verify this blatant disparty.   Therefore the Union contends the corrective action
sted above is warranted including making grievant whole for having to take Union workload home to
ss timely grievances.  Grievant is entitled to 5 hrs pay at the overtime rate daily until Supervisor
ns ceases his tactics.

on 2/1/07 at 0600 Tucker informed Supervisor Williams he had some grievances to hold with him.
l0 Tucker again requested Union time due to the grievance workload. Mr. Williams responded with
ntil 11:00 get to work".  Pay grievant an additional 5 hr pay at OT rate.

on 2/2/07 at 0555 Tucker informed Supervisor Williams he needed Union time at 0600.  Supervisor
ms responded "not until 11:00".  Pay grievant an additional 5 hrs pay at the OT rate
grievant is required to take Union workload home to work on it .  Also due to the fact that Grievant is
treated differently than former Branch President John Brown in reference to Union time usage.

on 2/15/07 and 2/16/07 Mr. Tucker was denied Union time. However these days he was denied
days.  Pay grievant 8 hrs pay at the OT rate for each day.

on 2/26/07 Mr. Tucker was not provided Union time until 11:00.  Pay grievant  5 hrs pay at
A  ne rate.

27/07-3/1/07 grievant was at QWL sessions in Philadelphia.  Upon return on 3/2/07 grievant denied
i time until 1000 am denying grievant 4 hrs for this day.

RECEIVED
LABOR RELATIONS

MAR - 6 2007

U.S. POSTAL SERVICE
WILMINGTON, DE  19850-9401



**Laborers International Union of North America, AFL-CIO**
**Delaware Branch of Local 308**
Pursuant to Article Xv, Section 2, this form must be used to appeal a grievance to Step 2

| | Date | | | | |
|---|---|---|---|---|---|
| | | | | Date | |
| | | | | MH Initials | USPS Init. |

# ANDARD GRIEVANCE FORM

| | Date | Branch Grie No. | USPS No. |
|---|---|---|---|
| | 3/7/07 | WIL19JET07 | |

| S    Step 2 Designee (Name & Title) | Installation | Phone |
|---|---|---|
| ara Reamer | Delaware P&DC | |

| r Local Union Branch No. | Business Address |
|---|---|
| il 308 | P O Box 10121 Wilmington, DE 19850 |

| : Authorized Union Rep | Phone | Phone |
|---|---|---|
| Ed Tucker | 323-0290 | |

| 1 Meeting: Held on (Date/Time) | Between USPS Represntative | And: Grievant and/or Steward |
|---|---|---|
| 3/7/07 | SDO Sheddrick Williams | Ed Tucker |

| rant | | Phone |
|---|---|---|
| ucker | | |

| e Address | City | State | Zip |
|---|---|---|---|
| | | Delaware | |

| Classification | Craft | Service | Duty |
|---|---|---|---|
| Mail Handler | | | |

| llation | Social Security | Veteran |
|---|---|---|
| | 7478 | ○ Yes  ● No |

| ays | Level | Step | |
|---|---|---|---|
| at ☐ Sun ☐ Mon ☐ Tue ☐ Wed ☐ Thu ☐ Fri | | | ○ FTR   ○ PTR   ○ PTF |

| 1    Rendered on (date/time) | By (name & title) | Supervisor's Initial |
|---|---|---|
| sion  3/7/07 | SDO Sheddrick Williams | (Upon Request) |

suant to Article XV of the National Agreement, We hereby appeal to Step 2, the following Grievance.

tion: Including but not limited to National (Art. & Sect.) Art 2, 15, 19, 17 ____ Local (Art & Sect.) ————

**r Gorunds** | Discrimination |
|---|

s and Union Contention: Date, Time, Location: | 3/6/07 |
|---|

**t Happen**

1/30/07 @0700 Supervisor Williams called Branch President Tucker to desk and informed him
fing tomorrow Union time would only be given at 11:00. Branch Pres. Tucker reminded him it would
end on the pending grievances and Union workload. Then on 1/31/07 at 0600 Steward Tucker
Jested Union Time to start writing step 3 appeals of which two he had recently received. Supervisor
iams responded with "Do you remember what I said yesterday." Tucker responded with, "Union time
ends on the workload and reminded him Steve Collins (APWU) gets 8 hrs a day Union time." Mr.
iams responded with "I don't care what he gets I need you in the operation. " Tucker reminded him

**ective Action**

w Union time to Branch President Tucker comparable to the amount of Union time provided to former
nch President John Brown. Award 4 1/2 hrs OT payment for denied.Union Time.

= Ed Tucker

**Signature**

nch President, State Rep, Steward

**Grievant:** Ed Tucker

# REIVANCE STANDARD FORM    Grievance #: WIL19JET07

### r `ontnetions

---

rmer Branch President John Brown and how he got unlimited Union Time during his tenure.
ervisor Williams did not care and proceeded to instruct Branch President Tucker to get to work.  The
n contends disparity is occurring at this facility and can not be tolerated.  The requested information
e provided should verify this blatant disparty.   Therefore the Union contends the corrective action
ested above is warranted including making grievant whole for having to take Union workload home to
ess timely grievances.  Grievant is  entitled to 5 hrs pay at the overtime rate daily until Supervisor
ams ceases his tactics.

n on 2/1/07 at 0600 Tucker informed Supervisor Williams he had some grievances to hold with him.
610 Tucker again requested Union time due to the grievance workload.  Mr. Williams responded with
until 11:00 get to work".  Pay grievant an additional 5 hr pay at OT rate.

n on 2/2/07 at 0555 Tucker informed Supervisor Williams he needed Union time at 0600.  Supervisor
iams responded "not until 11:00".  Pay grievant an additional 5 hrs pay at the OT rate
e grievant is required to take Union workload home to work on it .  Also due to the fact that Grievant is
g treated differently than former Branch President John Brown in reference to Union time usage.

in on 2/15/07 and 2/16/07 Mr. Tucker was denied Union time.  However these days he was denied
e days.  Pay grievant 8 hrs pay at the OT rate for each day.

n on 2/26/07 Mr. Tucker was not provided Union time until 11:00.  Pay grievant  5 hrs pay at
o    time rate.

2/27/07-3/1/07 grievant was at QWL sessions in Philadelphia.  Upon return on 3/2/07 grievant denied
n time until 1000 am denying grievant 4 hrs for this day.

n again on 3/6/07 Mr. Tucker requested Union time at 6: am.  Supervisor Williams told him  no, go to
.  At 0830 Mr. Tucker again reminded him he needed Union Time.  Mr. Williams stated you are not
ing any today.  Then at 10:30 Shed pages Mr. Tucker and informs him he can go on Union time.
ird 4 1/2 hrs pay at the overtime rate to Branch President Tucker.

## Additions

Out of extreme caution Plaintiff reserves the right to add an additional individual to the record that was treated comparable to former Branch President. This will only be provided if necessary to further prove plaintiff's case as plaintiff fears recrimination to individual.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P. O. Box 19848**
**Washington, D.C. 20036**

James E. Tucker,
Complainant,

v.

John E. Potter,
Postmaster General,
United States Postal Service,
Agency.

Appeal No. 0120073042

Agency No. 1C-081-0018-07

## DECISION

Complainant filed an appeal with this Commission from the agency's decision dated May 25, 2007, dismissing his complaint of unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e *et seq*. Upon review, the Commission finds that complainant's complaint was properly dismissed pursuant to 29 C.F.R. § 1614.107(a)(1) for failure to state a claim. In a complaint dated May 17, 2007, complainant alleged that he was subjected to discrimination on the bases of race and reprisal for prior protected EEO activity when:

> Beginning on or about January 31, 2007, complainant was denied Union Duty time.

The Commission has held that a complainant should not use the EEO complaint process to raise a matter more appropriately brought pursuant to the collective bargaining agreement. *See Wills v. Department of Defense*, EEOC Request No. 05970596 (July 30, 1998). Accordingly, the agency's final decision dismissing complainant's complaint for failure to state a claim is AFFIRMED.

## STATEMENT OF RIGHTS - ON APPEAL

### RECONSIDERATION (M0701)

The Commission may, in its discretion, reconsider the decision in this case if the complainant or the agency submits a written request containing arguments or evidence which tend to establish that:

1.     The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2.     The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests to reconsider, with supporting statement or brief, must be filed with the Office of Federal Operations (OFO) within thirty (30) calendar days of receipt of this decision or within twenty (20) calendar days of receipt of another party's timely request for reconsideration. *See* 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), 9-18 (November 9, 1999). All requests and arguments must be submitted to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036. In the absence of a legible postmark, the request to reconsider shall be deemed timely filed if it is received by mail within five days of the expiration of the applicable filing period. *See* 29 C.F.R. § 1614.604. The request or opposition must also include proof of service on the other party.

Failure to file within the time period will result in dismissal of your request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. Any supporting documentation must be submitted with your request for reconsideration. The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. *See* 29 C.F.R. § 1614.604(c).

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0900)

You have the right to file a civil action in an appropriate United States District Court within ninety (90) calendar days from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, filing a civil action will terminate the administrative processing of your complaint.

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). The grant or denial of the request is within the sole

3                                                0120073042

discretion of the Court. Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*

Carlton M. Hadden, Director
Office of Federal Operations

SEP 1 3 2007

Date

4                                          0120073042

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

James E. Tucker
143 Wellington Way
Middletown, DE 19709

U.S. Postal Service (Eastern Area)
NEEOISO - Appeals
U.S. Postal Service
PO Box 21979
Tampa, FL 33622-1979

SEP 1 8 2007
_____
Date


_____
Equal Opportunity Assistant

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

**LOCKBOX 18**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6170**

**RE: C.A.#** `07-817`

**CASE CAPTION:** _____ **v.** _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received `12/14/07`
by Plaintiff:

Signed: X _____
Pro Se Plaintiff

Date Received `12/14/07`
by Clerk's office:

Signed: _____
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

**– 0 7 – 8 1 7 –**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James E. Tucker

**DEFENDANTS**
John E. Potter, Postmaster General
U.S.P.S. Agency

**(b)** County of Residence of First Listed Plaintiff    New Castle County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
To Be Provided

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964

Brief description of cause.
Plaintiff was subjected to discrim. of race and reprisal by denial of Union Time.

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23   Comparable Union time to predecessor

DEMAND $$ to be determined   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S)
IF ANY    (See instructions):    JUDGE   N/A    DOCKET NUMBER

DATE
12/14/07

SIGNATURE OF ATTORNEY OF RECORD
J. Edwin Tucker

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 8 1 7 ___

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 2 _____ COPIES OF AO FORM 85.

_____ 12/14/07 _____
(Date forms issued)

X _____
(Signature of Party or their Representative)

X   J. Edwin Tucker
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action