%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

(J.)ames Edwin Tucker
    Complainant

      V.

**SUMMONS IN A CIVIL CASE**

John E. Potter
Postmaster General
United States Postal Service

CASE NUMBER:   CIVIL F1-07-CV-817   JJ⊬

TO: (Name and address of Defendant)
    U.S. Attorney's Office
    1007 N. Orange Street, Suite 700
    P.O. Box 2046
    WILM., DE 19899-2046

*[stamp, vertical:]* 2008 MAR 14 PM 3: 53  CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE  FILED DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    James Edwin Tucker
    P. O. Box 10121
    Wilmington, DE 19850

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DEC 2 7 2007

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/5/08 |
| NAME OF SERVER (PRINT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☒   Other (specify):   US ATTORNEY DISTRICT OF DELAWARE AT 1007 N. ORANGE ST   WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY JIM RONGE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
            Date

     *Signature of Server*
     BRANDYWINE PROCESS SERVERS, LTD.
     P.O. BOX 1360
     WILMINGTON, DE 19899-1360
     302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.