AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

(J.)ames Edwin Tucker
Complainant

V.

John E. Potter
Postmaster General
United States Postal Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIVIL F1-07-CV-817 **JJF**

FILED 2008 MAR 14 PM 3: 53
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)
Attorney General for the United States
District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Edwin Tucker
P. O. Box 10121
Wilmington, DE 19850

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

(By) DEPUTY CLERK

DATE   DEC 2 7 2007

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summous and complaint was made by me(1) | DATE 3/5/08 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): US ATTORNEY GENERAL BY REGISTERED MAIL ON 3/5/08

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Registered Mail Receipt 1

| Reg. Fee | $9.50 |
| --- | --- |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $1.99 |
| Restricted Delivery | $0.00 |

Received by: MSS

Date Stamp: 0501 / 21 / 03/05/08

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

19801

FROM: ED Tucker
143 Wellington wy
Middletown DE 19709

TO: WASHINGTON DC 20001
Attorney General for the USA
Judiciary Center bldg.
555 4th St. NW Washington DC 20001

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

## Registered Mail Receipt 2

Registered No. RE338546791US

| Reg. Fee | $9.50 |
| --- | --- |
| Handling Charge | $0.00 |
| Return Receipt | $2.15 |
| Postage | $1.99 |
| Restricted Delivery | $0.00 |

Received by: MSS

Date Stamp: 0501 / 21 / 03/05

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

☐ With Postal Insurance
☐ Without Postal Insurance

Customer Must Declare Full Value $0.00

OFFICIAL USE

FROM: ED Tucker
143 Wellington wy
Middletown DE 19709

TO: John Potter
Postmaster General
WASHINGTON DC 20260
475 L'enfant Plaza S.W.
Washington D.C. 20260-3100

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

## Sales Receipt

```
RODNEY SQUARE STATION
WILMINGTON, Delaware
     198019998
   3379300501 -0094
03/05/2008  (800)275-8777   12:17:58 PM

            Sales Receipt
Product         Sale   Unit    Final
Description     Qty    Price   Price

WASHINGTON DC 20001              $1.99
Zone-2 First-Class
Large Env
7.60 oz.
Return Rcpt (Green Card)         $2.15
Registered                       $9.50
    Insured Value :     $0.00
    Article Value :     $0.00
    Label #:       RE338546788US
                             =========
Issue PVI:                      $13.64

WASHINGTON DC 20260              $1.99
Zone-2 First-Class
Large Env
7.70 oz.
Return Rcpt (Green Card)         $2.15
Registered                       $9.50
    Insured Value :     $0.00
    Article Value :     $0.00
    Label #:       RE338546791US
                             =========
Issue PVI:                      $13.64

Total:                          $27.28

Paid by:
Cash                            $40.00
Change Due:                    -$12.72

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000602598566
Clerk: 21

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
***************************************
***************************************
      HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

       YOUR OPINION COUNTS
***************************************
***************************************




                          Customer Copy
```