AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

(J.)ames Edwin Tucker
Complainant

V.

John E. Potter
Postmaster General
United States Postal Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIVIL F1-07-CV-817   JJF

TO: (Name and address of Defendant)

John E. Potter
Postmaster General
475 L'Enfant Plaza SW
Washington, DC 20260-3100

*FILED 2008 MAR 14 PM 3:53 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE*

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Edwin Tucker
P. O. Box 10121
Wilmington, DE 19850

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DEC 2 7 2007

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/5/08 |
| NAME OF SERVER (PRINT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): POSTMASTER GENERAL BY REGISTERED MAIL ON 3/5/08

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Receipt 1 (PS Form 3806)

Registered No. RE338546788US

| Field | Amount | | |
|---|---|---|---|
| Reg. Fee | $9.50 | Return Receipt | $2.15 |
| Handling Charge | $0.00 | Restricted Delivery | $0.00 |
| Postage | $1.99 | | |

Received by: MSS
Date Stamp: 03/05/08
Customer Must Declare Full Value: $0.00

FROM:
19801
Ed Tucker
143 Wellington way
Middletown DE 19709

TO:
WASHINGTON DC 20001
Attorney General for the USA
Judiciary Center Bldg.
555 4th St. NW Washington DC 20001

PS Form 3806, May 2007

## Receipt 2 (PS Form 3806)

Registered No. RE338546791US

| Field | Amount | | |
|---|---|---|---|
| Reg. Fee | $9.50 | Return Receipt | $2.15 |
| Handling Charge | $0.00 | Restricted Delivery | $0.00 |
| Postage | $1.99 | | |

Received by: MSS
Date Stamp: 03/05/08
Customer Must Declare Full Value: $0.00

FROM:
19801
Ed Tucker
143 Wellington way
Middletown DE 19709

TO:
WASHINGTON DC 20260
John Potter
Postmaster General
475 L'enfant Plaza S.W.
Washington D.C. 20260-3100

PS Form 3806, May 2004

## Sales Receipt

```
RODNEY SQUARE STATION
WILMINGTON, Delaware
     198019998
    3379300501 -0094
03/05/2008  (800)275-8777   12:17:58 PM

              Sales Receipt
Product       Sale   Unit      Final
Description   Qty    Price     Price

WASHINGTON DC 20001                 $1.99
Zone-2 First-Class
Large Env
7.60 oz.
  Return Rcpt (Green Card)          $2.15
  Registered                        $9.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:       RE338546788US
                                =========
Issue PVI:                         $13.64

WASHINGTON DC 20260                 $1.99
Zone-2 First-Class
Large Env
7.70 oz.
  Return Rcpt (Green Card)          $2.15
  Registered                        $9.50
  Insured Value :      $0.00
  Article Value :      $0.00
  Label #:       RE338546791US
                                =========
Issue PVI:                         $13.64

Total:                             $27.28

Paid by:
Cash                               $40.00
Change Due:                       -$12.72

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000602598566
Clerk: 21

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
************************************
************************************
          HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

            YOUR OPINION COUNTS
************************************
************************************



                                 Customer Copy
```