07-817 JJF

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sharon Mitchell*  ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>S. Mitchell                     3/11/08<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br><br>Postmaster General<br>John E. Potter<br>475 L'Enfant Pl. SW<br>Washington, DC 20260 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | RE 338 546 791 US |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

07-817 JJF

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ED TUCKER
143 Wellington WAY
Middletown DE 19709