UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. TUCKER,    :<br>   :<br>   Plaintiff,   :<br>   :<br>   v.   :<br>   :<br>JOHN E. POTTER, POSTMASTER   :<br>GENERAL, UNITED STATES POSTAL   :<br>SERVICE,   :<br>   :<br>   Defendant.   : | Civil Action No. 07-817-JJF |

**DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT**

COMES NOW, the Defendant, by and through his undersigned counsel, Colm F. Connolly, United States Attorney, and Seth M. Beausang, Assistant United States Attorney, and moves the Court pursuant to Fed. R. Civ. P. 12(e) to require Plaintiff to make a more definite statement. In support of the Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed Order is attached hereto.

DATED: May 12, 2008.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

        By:    /s/ Seth M. Beausang
                Seth M. Beausang (De. I.D. No. 4071)
                Assistant United States Attorney
                1007 Orange Street, Suite 700
                P.O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277

                Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. TUCKER, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 07-817-JJF |
| v. | : |
| | : |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion For A More Definite Statement, and all papers filed in support thereof and opposition thereto, it is ORDERED that Defendant's Motion is GRANTED.  Plaintiff must file an amended complaint alleging facts, not merely referencing documents, that show how the Defendant discriminated against Plaintiff based on his race and prior EEOC activity.  Plaintiff's "[f]actual allegations must be enough to raise a right to relief above the speculative level" and "and a formulaic recitation of the elements of a cause of action will not do."  <u>Bell Atlantic Corp. v. Twombly</u>, 127 S. Ct. 1955, 1965 (2007).

IT IS SO ORDERED

 

                                       _____
                                       THE HONORABLE JOSEPH J. FARNAN, JR.
                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

       I, Seth M. Beausang, hereby attest under penalty of perjury that on this 12th day of May, 2008, I directed that two copies of the Defendant's Motion For A More Definite Statement, Memorandum of Points and Authorities in support thereof, and proposed Order, be sent the following day to the following pro se Plaintiff by First Class Mail:

James E. Tucker
143 Wellington Way
Middletown, DE 19709
(302)378-2698

                                              /s/ Seth M. Beausang
                                      Assistant United States Attorney